| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(If known):* _____  Chapter 11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   PME MORTGAGE FUND, INC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   3  3  -  0  2  6  1  7  2  8

4. **Debtor's address**

   Principal place of business

   40432 BIG BEAR BLVD
   BIG BEAR LAKE, CA 92315

   Mailing address, if different from principal place of business

   PO BOX 650
   BIG BEAR LAKE, CA 92315

   SAN BERNARDINO COUNTY
   County

   Location of principal assets, if different from principal place of business

5. **Debtor's website** (URL)

   NONE

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Generated by CaseFilePRO

Debtor   **PME MORTGAGE FUND, INC.**          Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   5   2   2   2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                            MM / DD / YYYY

         Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor    PME MORTGAGE FUND, INC.
_____
Name

Case number *(if known)*_____

---

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor    PME MORTGAGE FUND, INC.                Case number *(if known)* _____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6 / 19 / 2017
         MM / DD / YYYY

✗ _____     NICHOLAS RUBIN
    Signature of authorized representative of debtor     Printed name

Title   CHIEF RESTRUCTURING OFFICER

**18. Signature of attorney**

✗ _____     Date   06/19/2017
    Signature of attorney for debtor              MM / DD / YYYY

DERRICK TALERICO
ZOLKIN TALERICO LLP
12121 WILSHIRE BLVD
STE 1120
LOS ANGELES, CA 90025

(424) 500-8552               DTALERICO@ZTLEGAL.COM
Contact phone                    Email address

223763                    CA
Bar number                      State

DAVID B. ZOLKIN
ZOLKIN TALERICO LLP
12121 WILSHIRE BLVD
STE 1120
LOS ANGELES, CA 90025

(424) 500-8551               DZOLKIN@ZTLEGAL.COM
Contact phone                    Email address

155410                    CA
Bar number                      State

Generated by CaseFilePRO

**Fill in this information to identify the case:**

Debtor name  PME MORTGAGE FUND, INC.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JERRY AND FLORIE GOULDING PO BOX 8173 TRUCKEE, CA 96162 | JERRY AND FLORIE GOULDING | NOTE PAYABLE | | | | 412,848.00 |
| 2 | JAMES AND SAMME MCKAIN 2730 SNOW CAP CT PINYON HILLS, CA 92372 | JAMES AND SAMME MCKAIN | NOTE PAYABLE | | | | 345,576.48 |
| 3 | THOMAS A WHITTEMORE 5022 HARLAN DR KLAMATH FALLS, OR 97603 | THOMAS A WHITTEMORE | NOTE PAYABLE | | | | 325,342.19 |
| 4 | CHARLES D WHITTEMORE JR PO BOX 7672 KLAMATH FALLS, OR 97602 | CHARLES D WHITTEMORE JR | NOTE PAYABLE | | | | 324,489.59 |
| 5 | HIXSON FAMILY TRUST C/O PAMELA HIXSON CO-TRUSTEE 998 GRANDVIEW DR IVINS, UT 84738 | PAMELA HIXSON | NOTE PAYABLE | | | | 322,784.39 |
| 6 | LON AND YOLANDA REMINGTON PO BOX 7838 REDLANDS, CA 92375 | LON AND YOLANDA REMINGTON | NOTE PAYABLE | | | | 229,834.30 |
| 7 | PRINCE FAMILY REVOCABLE TRUST C/O JACK AND AVIS PRINCE TRUSTEES 11011 MUIRFIELD RANCHO MIRAGE, CA 92270 | JACK AND AVIS PRINCE | NOTE PAYABLE | | | | 215,612.50 |
| 8 | SANDRA PETRUCELLI 33349 WALLACE WAY YUCAIPA, CA 92399 | SANDRA PETRUCELLI | NOTE PAYABLE | | | | 210,972.95 |

Generated by CaseFilePRO

Debtor   PME MORTGAGE FUND, INC.
_____
         Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PATRICIA WILD 4837 W AVE M-10 QUARTZ HILL, CA 93536 | PATRICIA WILD | NOTE PAYABLE | | | | 204,928.85 |
| 10 | ROBERT PHIPPS 48 SENDERO VERDE DR SAN ANTONIO, TX 78261 | ROBERT PHIPPS | NOTE PAYABLE | | | | 197,102.73 |
| 11 | GEORGE N AND ANITA HAYEK TSTEES OF HAYEK FAMILY TRUST DTD 3/23/2016 25341 STAGELINE DR LAGUNA HILLS, CA 92653 | GEORGE N AND ANITA HAYEK | CONTRACT | | | | 190,630.32 |
| 12 | BUTAHN BACKSTROM 129 11TH ST APT 3 SEAL BEACH, CA 90740 | KATHY BERINGER | NOTE PAYABLE | | | | 187,065.16 |
| 13 | HARVEY CLARIDA C/O SAMUEL CLARIDA 1345 W CENTRAL AVE BREA, CA 92821 | SAMUEL CLARIDA | NOTE PAYABLE | | | | 185,049.81 |
| 14 | MARGARET AGEE 2960 VIA VAQUERO RD PALM SPRINGS, CA 92264 | MARGARET AGEE | NOTE PAYABLE | | | | 183,545.34 |
| 15 | KRISTY AND RUSSELL CORDELL 1661 PONDEROSA WAY PALM SPRINGS, CA 92264 | KRISTY AND RUSSELL CORDELL | NOTE PAYABLE | | | | 179,830.00 |
| 16 | KIES FAMILY TRUST C/O RAMONA KIES 16802 REDWING LANE HUNTINGTON BEACH, CA 92649 | RAMONA KIES | NOTE PAYABLE | | | | 172,935.00 |
| 17 | KADRIEN SCHILLING 5020 PAM RD KISSIMMEE, FL 34746 | KADRIEN SCHILLING | NOTE PAYABLE | | | | 168,663.76 |
| 18 | EILEEN DOERSCHLER 133 COURTSIDE DR PALM SPRINGS, CA 92260 | EILEEN DOERSCHLER | NOTE PAYABLE | | | | 167,737.50 |
| 19 | ALLAN AND ROCHELLE BLAIR 73032 HELEN MOODY LN PALM DESERT, CA 92260 | ALLAN AND ROCHELLE BLAIR | NOTE PAYABLE | | | | 167,315.30 |
| 20 | LINDA MARTIN 27721 MERAWEATHER PL VALENCIA, CA 91354 | LINDA MARTIN | NOTE PAYABLE | | | | 167,315.30 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

**Fill in this information to identify the case and this filing:**

Debtor Name __PME MORTGAGE FUND, INC.__

United States Bankruptcy Court for the: __CENTRAL__ District of __CALIF__
                                                                    (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule ____

☑  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/19/2017__            ✗ _____
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                            NICHOLAS RUBIN
                                            Printed name

                                            Chief Restructuring Officer
                                            Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>ZOLKIN TALERICO LLP<br>12121 Wilshire Blvd., Ste 1120<br>Los Angeles, CA 90012<br>Telephone:  424.500.8552<br>Facsimile:  424.500.8951<br>Email:  dtalerico@ztlegal.com<br>         dzolkin@ztlegal.com | |

◯ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>PME MORTGAGE FUND, INC., | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __20__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   6/19/2017

Signature of Debtor 1   Nicholas Rubin, Chief
                        Restructuring Officer

Date:   _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date:   _____

Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                 **F 1007-1.MAILING.LIST.VERIFICATION**

William Adamson
31200 Landau #2403
Cathedral City, CA 92234


Margaret Agee
2960 Via Vaquero Rd
Palm Springs, CA 92262


R Mark Aldrich and Barbara Aldrich
3165 Alta Vista Dr
Fallbrook, CA 92028


Anne Alexander-Michas
35208 Vista Del Monte
Rancho Mirage, CA 92270


Anneli Anderson
73710 Kathryn Circle
Palm Desert, CA 92260


Butahn Backstrom (deceased)
129 11th Street Apt 3
Seal Beach, CA 90740


Dennis Bailey
PO Box 611
Big Bear Lake, CA 92315


Fern Bailey
1103 Sandy Ln
Apple Valley, CA 92308

Kathleen D Bailey
731 Warwick Ave
Thousand Oaks, CA 91360


Gary Balding and Dolores Balding
10608 West Edgewood Dr
Sun City, AZ 85351


Robert and Sally Baumgardner
2476 C Santa Ana Ave
Costa Mesa CA 92627


Trust Company of America
FBO Joel J Bickler DDS IRA#156770
7103 S Revere Pkwy
Centennial, CO 80112


Allan and Rochelle Blair
73032 Helen Moody Ln
Palm Desert, CA 92260


Steven Blanc and Martin Blanc
1212 Ashland Ave
Wilmette, IL 60091


Marion and Sharon Borrell
PO Box 184
Big Bear Lake, CA 92315


Leslie and Dawn Buus
5202 Wainwright Ct
Riverside, CA 92507

Edward and Linda Carlos
79329 Calle Vista Verde
La Quinta, CA 92253


Shelley Cecil
78928 Oasis Spring Ln
Palm Desert, CA 92211


David Christensen
12355 16th Street
Yucaipa, CA 92399


Harvey Clarida (Deceased)
c/o Samuel Clarida
1345 W Central Ave
Brea, CA 92821


Gloria Clarida
PO Box 595
La Habra, CA 90631


Samuel Clarida
1345 W Central Ave
Brea, CA 92821


Robert Cole and Deborah Cole
5301 Pamela Kay Lane
Anaheim Hills, CA 92807


Kelly Cole
2805 Rosebud Circle
Corona, CA 92882

Patricia Conniff and Vicki Roberts
29247 North 144th St
Scottsdale, AZ 85262


Betty Conroy
PO Box 165
Fawnskin, CA 92333


Mary Cooke
25340 Mead St
Loma Linda, CA 92354


Kristy and Russell Cordell
1661 Ponderosa Wy
Palm Springs, CA 92264


Christopher Cordell
Kristy Cordell Trustee
1661 Ponderosa Wy
Palm Springs, CA 92264


Kristy Cordell MWSS
1661 Ponderosa Wy
Palm Springs, CA 92264


Helen Cordell
74 Portola Dr
Palm Springs, CA 92264


Karen Corey
81720 Galahad Ln
Indio, CA 92201

Polly Boardman Covell
5260 Shafter Ave
Oakland, CA 94618


Richard Geoffrey Cross
1780 Pinehurst Plaza
Palm Springs, CA 92264


Michael Crowl and Linda Crowl
80315 Jasper Park Ave
Indio, CA 92201


Custom Autosound
Sandra Sprague President
1030 W Williamson
Fullerton, CA 92833


Ronald and Dorothy Daniels
3740 SE Lambert St
Portland OR 97202


G Denese Davis
7708 San Felipe Blvd #19
Austin, TX 78729


Richard and Ruth Davis
Robert M Friend Successor Trustee
PO Box 935
Rancho Mirage, CA 92270


Alice DeFranco
2633 Mission Dr #333
Bartlesville, OK 74006

Eileen Doerschler
133 Courtside Dr
Palm Desert, CA 92260


Rozanne Dorman
3484 A Bahia Blanca W
Laguna Woods, CA 92637


Dublin Heights Ranch LLC
5971 Scott Court
Goleta, CA 93117


Arlen and Sherry Eberhardt
926 W Crooked Stick Dr
Casa Grande, AZ 85222


Ralph Eschborn
7141 Brook Forest Dr
Evergreen, CO 80439


Virginia Evans Trust
c/o Mike Evans
105 Poza Rica Ct
Solana Beach, CA 92075-2521


Peter Finston
2648 Rutherford Dr
Los Angeles, CA 90068


Nicole Frasz
18622 Arc Wy
Yorba Linda, CA 92886-5303

Lawrence Fry
PO Box 806
Rancho Mirage, CA 92270


Francis Gallup
1431 Sunrise Cir S
Upland, CA 91784


Jeffery Garatea and Lawrence Fry
PO Box 806
Rancho Mirage, CA 92270


Julie Garatea
PO Box 806
Rancho Mirage, CA 92270


Lynn Colby-Galloway
34555 Brock Ln
Acton, CA 93510


Joan Gooding
5803 South Turquoise Canyon Dr
Green Valley, AZ 85614


Jerry and Florie Goulding
PO Box 8173
Truckee, CA 96162


Timothy and Christine Graham
74053 College View Cir W
Palm Desert, CA 92211

Barbara Greer
40652 Via Amapola
Murrieta, CA 92562


Cathy Guthrie
147 Grassmarket
San Antonio, TX, 78259


Edward Guz
13710 Nassau Dr
Victorville, CA 92395


Marte L Hall
Estate of Gerald Hall
15732 Los Gatos Blvd No 211
Los Gatos, CA 95032


Pauline Hanson
30445 Ave Maravilla
Cathedral City, CA 92234


Stephen Hanson
30445 Ave Maravilla
Cathedral City, CA 92234


Sarah Hartman
78630 Carnes Cir
La Quinta, CA 92253


George N and Anita Hayek Tstees
Hayek Family Trust dtd 3/23/2016
25341 Stageline Dr
Laguna Hills, CA 92653

Eugene Heacock
1041 Mount Doble Dr
Big Bear City, CA 92314


Steve Hettinger Successor Trustee
Donald and Bonnie Hettinger Trust
PO Box 515
Big Bear City, CA 92314


Myles and Pamela Hirsch
3543 Mandeville Canyon Rd
Los Angeles, CA 90049


Hixson Family Trust
Pamela A Hixson Co-trustee
998 Grandview Dr
Ivins, UT 84738


Robert Horne
78105 Banyon Grove Court
Palm Desert, CA 92211


Elisabeth Irwin
224 Trickling Brook Ct
Simi Valley, CA 93065


Donna M Jeffery
620 112th St, SE Spc 315
Everett, WA 98208


Sandra Jones
1909 Phipps Circle
Downingtown, PA 19335

Jones Trust
c/o Karen Gebert
3601 Flournoy Rd
Manhattan Beach, CA 90266


Michael and Patricia Kaufman
PO Box 1152
Orlando, CA 95963


Garth Kellogg
70911 Tamarisk Lane
Rancho Mirage, CA 92270


William Kerr (Deceased)
2166 W Paseo Del Mar
San Pedro, CA 90732


Kies Family Trust
c/o Ramona Kies Moore
16802 Redwing Lane
Huntington Beach, CA 92649


Kenneth Klein
3785 Juliette Circle
Corona, CA 92881


Myrna Kuitunen
427 Cedarhaven Way
Anaheim, CA 92807


Richard and Shirley Lee
237 Los Pinos Dr
Palm Springs, CA 92264

Left Paw Inc
James Cento and Catherine Nicholas
605 San Mario Dr
Solana Beach, CA 92075


Chauncy and Loretta LeValley
317 Apaloosa Way
Palm Desert, CA 92260


Louise Lievers
7441 N Skyline Dr
Tucson, AZ 85718


Lynn MacQuoid
55 Broad St, #259
San Luis Obispo, CA 93405


Lorene Mallozzi and Barbara Greer
34904 Staccato Street
Palm Desert, Ca 92211


Timothy and Diane Mark
50 Pebble Beach Dr
Rancho Mirage, CA 92270


Linda Martin
27721 Meraweather Pl
Valencia, CA 91354


Ira and Ellen Massengale
12005 Bluefield Ave
La Mirada, CA 90638

Suzanne McBride
5971 Scott Court
Goleta, CA 93117


Jon and Suzanne McBride
5971 Scott Court
Goleta, CA 93117


Mitchell McBride
589 Via Rueda
Santa Barbara, CA 93110


James and Samme McKain
2730 Snow Cap Court
Pinyon Hills, CA 92372


Larry and Emma McKinnon
2024 Pinot Court
Livermore, CA 94550


Annalee Klein McShane
PO Box 721066
Pinyon Hills, CA 92372


Paul Messer
216 E Northshore Dr
Big Bear City, CA 92314


Gillian Meyer
770 Ocean View Ave
Encinitas, CA 92024

Miervaldis Mierins
894 Ronda Sevilla #B
Laguna Woods, CA 92637


Maxine Miller
122 Loch Lomond
Rancho Mirage, CA 92270


Elaine Mitchell
4735 Del Loma Court
Campbell, CA 95008


Ramona Kies Family Trust
c/o Ramona Kies Moore
16802 Redwing Lane
Huntington Beach, CA 92649


Mikhaiel and Amy Jo Mougala
20611 Shawnee Rd
Apple Valley, CA 92308


Dale Munson
PO Box 293531
Phelan, CA 92329


James and Marjorie Nayfack
La Vida Real
11588 Via Rancho C-1019
Rancho San Diego, CA 92019


Taleen Noordermeer
3310 Oakmont View Dr
Glendale, CA 91208

Monica Ohlin-Burness
846 Foothill Blvd
La Canada Flintridge, CA 91011


Linda Pauloo
1107 Hope Street
South Pasadena, CA 91030


Judith Peterson
26462 Melina Dr
Menifee, CA 92584


Sandra Petrucelli
33349 Wallace Way
Yucaipa, CA 92399


Robert Phipps
48 Sendero Verde Dr
San Antonio, TX 78261


Dolores Morgan-Pohle
11 Camino Arroyo Place
Palm Desert, CA 92260


Prince Family Revocable Trust
c/o Jack and Avis Prince Trustees
11011 Muirfield
Rancho Mirage, CA 92270


Prince Enterprise Profit Sharing Plan
11011 Muirfield
Rancho Mirage, CA 92270

Sally Queen
385 Gran Via
Palm Desert, CA 92260


Brooke Rankin
3417 Streamside Circle #220
Pleasanton, CA 94588


James and Yvonne Rector
6331 Omega St
Riverside, CA 92506


Lenna Reinhold (Guardian)
Reinhold Trust
18952 Victory Blvd
Tarzana, CA 91335


Lon and Yolanda Remington
PO Box 7838
Redlands, CA 92375


Scott and Emily Reynolds
10140 Morning Star Circle
Villa Park, CA 92861


Lowell and Grace Roberts
22434 Lassen Street
Chatsworth, CA 91311


John and Roberta Ruffo
14228 Choco Rd
Apple Valley, CA 92307

Greg Schick
40432 Big Bear Blvd
Big Bear Lake, CA 92315


Kadrien Schilling
5020 Pam Rd
Kissimmee, FL 34746


Rexford Seawright and Nancy Madison
85610 Grapefruit Blvd
Coachella, CA 92236


Janet Simkins
122 Loch Lamond
Rancho Mirage, CA 92270


George R and Vickye Sipple
9 La Ronda Dr
Rancho Mirage, CA 92270


Michael and Sandra Sirelson
7424 Village 7
Camarillo, CA 93012


Richard B Sparks
5928 Beaumont
La Jolla, CA 92037


Michael B Sparks
1667-A S Kihei Rd
Kihei, HI  96753

Sandra Sprague
2433 Vista Rd
La Habra Heights, CA 90631


Stacy Sprowl
9418 Charter Lake Dr
Mechanicsville, VA 23116


Sandra Sutton
7 Victoria Falls Dr
Rancho Mirage, CA 92270


James Taggard and Kathleen Anamosa
7 Santo Domingo Dr
Rancho Mirage, CA 92270


Charles and Donna Thomas
PO Box 730
Big Bear Lake, CA 92315


Sang Thomas
1326 Crestview Rd
Redlands, CA 92374


Sang Thomas
c/o Jorn S Rossi Esq
41735 Elm St Ste 102
Murrieta, CA 92562


Don and Dorothy Thompson
1952 Culver Loop
Sutherin, OR 97479

Robert Toll
1200 South Santa Fe Ave #212
Los Angeles, CA 90021


Laura Tolzman
140 14th St Unit A
Seal Beach, CA 90740


Lawrence Tran and Tu Dinh Truong
78795 Via Avante
La Quinta, CA 92253


Donald Van Wieren
PO Box 2406
Palm Desert, CA 92261


Wayne Vos
12948 3rd Ave
Victorville, CA 92392


Brian and Deidre Weber
1727 Opechee Way
Glendale, CA 91208


Charles D Whittemore Jr
PO Box 7672
Klamath Falls, OR 97602


Thomas A Whittemore
5022 Harlan Drive
Klamath Falls, OR 97603

Barbara Wiener B Trust
405 San Martin Cir
Big Bear City, CA 92314


Patricia Wild
4837 W Ave M-10
Quartz Hill, CA 93536


Hannelore Willis
1442 Countrywood #21
Hacienda Heights, CA 90745


Albert Womack
76806 Kentucky Ave
Palm Desert, CA 92211


Terrance Wong
350 Augusta Dr
Palm Desert, CA 92211


Alice Zilinsky Trustee
79855 Horseshoe Rd
La Quinta, CA 92253


Guadalupe County Tax Assessor
307 W Court St
Seguin, TX 78155


Riverside County Assessor
2724 Gateway Dr
Riverside, CA 92507

San Bernardino County Assessor
172 W Third St
San Bernardino, CA 92415


San Diego County Assessor
1600 Pacific Hwy Ste 103
San Diego, CA 92101


Whatcom County Assessors Ofc
311 Grand Ave Ste 106
Bellingham, WA 98225


Yuma County Assessor
192 S Maiden Ln 3rd FL
Yuma, AZ 85364

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Newport Beach          , California

Date:  June 19, 2017

Signature of Debtor
Nicholas Rubin, Chief Restructuring Officer

Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1            F 1015-2.1.STMT.RELATED.CASES